# EXHIBIT A

L001064560560507/18

FILED: BRONX COUNTY CLERK 04/16/2018 06:09 PM    INDEX NO. 24412/2018E

NYSCEF DOC. NO. 1                                 RECEIVED NYSCEF: 04/16/2018

SUPREME COURT OF THE STATE OF NEW YORK          Index No.:
COUNTY OF BRONX                                 Date Filed:
----------------------------------------x
CAROLE DAANE,                                   Plaintiff designates
                                               BRONX County as the
                    Plaintiff(s),              place of trial

        -against-                              **SUMMONS**

                                               The basis of venue
RYDER TRUCK RENTAL, INC., POSTAL FLEET         is plaintiff's
SERVICES, INC. AND MELVIN ALLEN,               residence:
                                               2104 Holland Avenue
                    Defendant(s).              Bronx, New York
----------------------------------------x

To the above named Defendants:

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this
action and to serve a copy of your answer, or, if the complaint
is not served with this summons, to appear in this action by
serving a notice of appearance, on the Plaintiff's Attorney(s)
within 20 days after the service of this summons, exclusive of
the day of service (or within 30 days after the service is
complete if this summons is not personally delivered to you
within the State of New York); and in case of your failure to
appear or answer, judgment will be taken against you by default
for the relief demanded in the complaint.

Dated: March 21, 2018

Defendant's Address:

**RYDER TRUCK RENTAL, INC.**          ERIC H. GREEN, ESQ.
3100 Industrial Parkway               Attorney for Plaintiff
Jeffersonville, IN 47130
-and-
11690 NW 105th Street
Miami, Florida 33178                  By: ERIC H. GREEN
                                          Post Office Address
**POSTAL FLEET SERVICES, INC.**       295 Madison Avenue
609 Twentieth Street                  New York, New York 10017
Saint Augustine, FL 32084             (212)532-2450
-and-
2808 North 5th Street, Suite 501
Saint Augustine, FL 32084

L00106456057050718

FILED: BRONX COUNTY CLERK 04/16/2018 06:09 PM    INDEX NO. 24412/2018E

NYSCEF DOC. NO. 1                                 RECEIVED NYSCEF: 04/16/2018


**MELVIN ALLEN**
1502 Bradley Avenue
Camden, New Jersey

FILED: BRONX COUNTY CLERK 04/16/2018 06:09 PM          INDEX NO. 24412/2018E
NYSCEF DOC. NO. 1                                       RECEIVED NYSCEF: 04/16/2018

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------x     Index No.:
CAROLE DAANE,

                      Plaintiff,       **VERIFIED
COMPLAINT**

     - against -

RYDER TRUCK RENTAL, INC. POSTAL FLEET
SERVICES, INC. AND MELVIN ALLEN,

                   Defendants.
------------------------------------x

    Plaintiff, complaining of the defendants herein, by her attorney, ERIC H. GREEN, ESQ., respectfully set forth and allege as follows:

### AS AND FOR A FIRST CAUSE OF ACTION ON BEHALF

### OF PLAINTIFF CAROLE DAANE

1.  That at the time of the commencement of this action the plaintiff was a resident of Bronx County, City and State of New York.

2.  That at all times herein mentioned, defendant, **RYDER TRUCK RENTAL, INC.,** was a corporation duly organized and existing under and by virtue of the Laws of the State of Indiana.

3. That at all times herein mentioned defendant, **RYDER TRUCK RENTAL, INC.,** was a business entity conducting business within the State of Indiana.

4. That at all times herein mentioned defendant, **RYDER TRUCK RENTAL, INC.,** was a business entity conducting business within the State of New York.

5.  That at all times herein mentioned defendant, **RYDER TRUCK RENTAL, INC.,** was an entity existing under and by virtue of the laws of the State of Indiana.

FILED: BRONX COUNTY CLERK 04/16/2018 06:09 PM
NYSCEF DOC. NO. 1

INDEX NO. 24412/2018E
RECEIVED NYSCEF: 04/16/2018

6. That at all times herein mentioned defendant, **RYDER TRUCK RENTAL, INC.,** was an entity existing under and by virtue of the laws of the State of New York.

7. That at all times herein mentioned defendant, **RYDER TRUCK RENTAL, INC.,** was the owner of a truck operated within the State of New York pursuant to the Laws of the State of New York.

8. That at all times herein mentioned, defendant, **RYDER TRUCK RENTAL, INC.,** was the owner of a vehicle involved in an accident on April 28, 2017.

9. That at all times herein mentioned, defendant, **RYDER TRUCK RENTAL, INC.,** was the owner of a truck involved in an accident on April 28, 2017.

10. That at all times herein mentioned, defendant, **RYDER TRUCK RENTAL, INC.,** was the owner of a vehicle bearing registration number 2569205, Indiana.

11. That at all times herein mentioned, defendant, **RYDER TRUCK RENTAL, INC.,** was the owner of a truck bearing registration number 2569205, Indiana.

12. That at all times herein mentioned, defendant, **RYDER TRUCK RENTAL, INC.,** leased a vehicle to **POSTAL FLEET SERVICES, INC.**

13. That at all times herein mentioned, defendant, **MELVIN ALLEN,** was the operator of a vehicle involved in an accident on April 28, 2017.

L001064560060050718

FILED: BRONX COUNTY CLERK 04/16/2018 06:09 PM

INDEX NO. 24412/2018E

NYSCEF DOC. NO. 1

RECEIVED NYSCEF: 04/16/2018

14. That at all times herein mentioned, defendant, **MELVIN ALLEN**, was the operator of a truck involved in an accident on April 28, 2017.

15. That at all times herein mentioned, defendant, **MELVIN ALLEN**, was the operator of a vehicle bearing registration number 2569205, Indiana.

16. That at all times herein mentioned, defendant, **MELVIN ALLEN**, was the operator of a truck bearing registration number 2569205, Indiana.

17. That at all times herein mentioned, defendant, **MELVIN ALLEN**, was in physical charge, operation, management and control of the aforesaid vehicle owned by defendant, **RYDER TRUCK RENTAL, INC.**, with the knowledge, consent and permission, expressed or implied, of the defendant owner thereof.

18. That at all times herein mentioned, defendant, **MELVIN ALLEN**, was employed by defendant, **RYDER TRUCK RENTAL, INC.**, and was acting within the scope of his employment.

19. That at all times herein mentioned, defendant, **POSTAL FLEET SERVICES, INC.**, was a corporation duly organized and existing under and by virtue of the Laws of the State of Florida.

20. That at all times herein mentioned defendant, **POSTAL FLEET SERVICES, INC.**, was a business entity conducting business within the State of Florida.

21. That at all times herein mentioned defendant, **POSTAL FLEET SERVICES, INC.**, was a business entity conducting business within the State of New York.

L00106456061050718

22. That at all times herein mentioned defendant, **POSTAL FLEET SERVICES, INC.**, was an entity existing under and by virtue of the laws of the State of Florida.

23. That at all times herein mentioned defendant, **POSTAL FLEET SERVICES, INC.**, was an entity existing under and by virtue of the laws of the State of New York.

24. That at all times herein mentioned defendant, **POSTAL FLEET SERVICES, INC.**, was the owner of a truck operated within the State of New York pursuant to the Laws of the State of New York.

25. That at all times herein mentioned, defendant, **POSTAL FLEET SERVICES, INC.**, was the owner of a vehicle involved in an accident on April 28, 2017.

26. That at all times herein mentioned, defendant, **POSTAL FLEET SERVICES, INC.**, was the owner of a truck involved in an accident on April 28, 2017.

27. That at all times herein mentioned, defendant, **POSTAL FLEET SERVICES, INC.**, was the owner of a vehicle bearing registration number 2569205, Indiana.

28. That at all times herein mentioned, defendant, **POSTAL FLEET SERVICES, INC.**, was the owner of a truck bearing registration number 2569205, Indiana.

29. That at all times herein mentioned, defendant, **POSTAL FLEET SERVICES, INC.**, rented a vehicle from **RYDER TRUCK RENTAL, INC.**

L001064560062050718

NYSCEF DOC. NO. 1

30. That at all times herein mentioned, defendant, **POSTAL FLEET SERVICES, INC.**, leased a vehicle from **RYDER TRUCK RENTAL, INC.**

31. That at all times herein mentioned, defendant, **MELVIN ALLEN**, was the operator of a vehicle involved in an accident on April 28, 2017.

32. That at all times herein mentioned, defendant, **MELVIN ALLEN**, was the operator of a truck involved in an accident on April 28, 2017.

33. That at all times herein mentioned, defendant, **MELVIN ALLEN**, was the operator of a vehicle bearing registration number 2569205, Indiana.

34. That at all times herein mentioned, defendant, **MELVIN ALLEN**, was the operator of a truck bearing registration number 2569205, Indiana.

35. That at all times herein mentioned, defendant, **MELVIN ALLEN**, was in physical charge, operation, management and control of the aforesaid vehicle owned by defendant, **POSTAL FLEET SERVICES, INC.**, with the knowledge, consent and permission, expressed or implied, of the defendant owner thereof.

36. That at all times herein mentioned, defendant, **MELVIN ALLEN**, was employed by defendant, **POSTAL FLEET SERVICES, INC.**, and was acting within the scope of his employment.

37. That at all times herein mentioned, plaintiff, **CAROLE DAANE**, was the owner and operator of a motor vehicle bearing registration number CDJ9761, New York.

FILED: BRONX COUNTY CLERK 04/16/2018 06:09 PM          INDEX NO. 24412/2018E

NYSCEF DOC. NO. 1                                      RECEIVED NYSCEF: 04/16/2018

38.    That on the 28th day of April, 2017, at approximately 6:00 a.m., the aforesaid vehicles came into contact with each other on Canal Street, at or near the intersection with Hudson Street both public streets and thoroughfares, in the County, City and State of New York.

39.    That defendants so carelessly and negligently operated their aforesaid vehicle so as to cause the aforesaid contact.

40.    That as a result of the foregoing, the plaintiff was caused to and did sustain severe and serious injuries and was required to seek and obtain medical care and attention in an effort to cure and alleviate same and, upon information and belief, will be compelled to do so in the future.

41.    That the aforesaid occurrence and the injuries sustained by the plaintiff were caused wholly and solely by the negligence of the defendants.

42.    That the plaintiff has sustained a serious injury as the same is defined in Subdivision "d" of Section 5102 of the Insurance Law of the State of New York.

43.    That the action falls within one or more of the exceptions set forth in Section 1602 of the CPLR.

44.    That as a result of the foregoing, the plaintiff has been damaged in an amount to be determined in excess of the jurisdiction of all lower courts.

L00106456064050718

## AS AND FOR A SECOND CAUSE OF ACTION ON

### BEHALF OF PLAINTIFF CAROLE DAANE

45. This plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs of this complaint numbered "1" through "43", inclusive, with the same force and effect as though the same were more fully set forth at length herein.

46. That as a result of this occurrence, plaintiff sustained property damage to and loss of use of her 2013 Hyundai automobile bearing registration number CDJ9761, New York.

47. That as a result of the foregoing, this plaintiff has been damaged in an amount to be determined in excess of the jurisdiction of all lower courts.

WHEREFORE, plaintiff, **CAROLE DAANE**, demands judgment in the FIRST CAUSE OF ACTION against the defendants in the amount to be determined in excess of the jurisdiction of all lower courts and plaintiff, **CAROLE DAANE**, demands judgment in the SECOND CAUSE OF ACTION against the defendants in the amount to be determined in excess of the jurisdiction of all lower courts all together with the costs and disbursements of this action.

Dated: March 21, 2018

                              ERIC H. GREEN, ESQ.
                              Attorney for Plaintiff

                         By: _____
                              ERIC H. GREEN, ESQ.
                              Post Office Address
                              295 Madison Avenue
                              New York, New York 10017
/cb                           (212) 532-2450

FILED: BRONX COUNTY CLERK 04/16/2018 06:09 PM    INDEX NO. 24412/2018E

NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 04/16/2018

## ATTORNEY'S VERIFICATION

I, the undersigned, am an attorney admitted to practice in the Courts of New York State, and say that:

I am the attorney of record, or of counsel with the attorney(s) of record for plaintiff(s).

I have read the annexed Summons and Verified Complaint and know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge is based upon the following:

Interviews and/or discussions with the plaintiff and papers and/or documents in the file.

The reason I make this affirmation instead of plaintiff is because said plaintiff resides outside of the county from where your deponent maintains his office for the practice of law.

Dated: March 21, 2018
       New York, New York

                        ERIC H. GREEN, ESQ.
                        Attorney for Plaintiff


                    By: ERIC H. GREEN, ESQ.
                        Post Office Address
                        295 Madison Avenue
                        New York, New York 10017
                        (212) 532-2450

L00106456066050718

Index No.:24412/2018E
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

CAROLE DAANE,

                                    Plaintiff(s),

            -against-

RYDER TRUCK RENTAL, INC.
POSTAL FLEET SERVICES, INC. AND
MELVIN ALLEN,

                                    Defendant(s),

## SUMMONS AND VERIFIED COMPLAINT

### ERIC H. GREEN
*Attorney for Plaintiff(s)*
295 Madison Avenue, 16th Floor
New York, New York, 10017
(212) 532-2450

*Pursuant to 22 NYCR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State,*
*certifies that, upon information and belief and reasonable inquiry, the contentious contained in the annexed document are not frivolous*


Signature..................................................................................
                                    *Print Signer's*

Service of a copy of the within                                    *is hereby admitted.*
Dated:
                        ....................................................................................
                                    *Attorney(s) for*

**PLEASE TAKE NOTICE**
Notice of Entry
*that the within is a (certified) true copy of a*                *entered in the office of the clerk*
*of the within named Court on*

Dated:                                    **ERIC H. GREEN, Esq.**
                                        Attorney for Plaintiffs
                                        295 Madison Avenue, 16th Floor
                                        New York, New York 10017
                                        (212) 532-2450

L00106456067050718



Eric Green Esq.
Page 1 of 2

| | |
|---|---|
| Date prepared | April 23, 2018 |
| Claim number | 103310-GF |
| Policy number | ACP BAPD3007541394¹ |
| Questions? | Contact Claims Associate |
| | Jacqueline Cassatt |
| | CASSATJ@nationwide.com |
| | Phone 717-526-3360 |
| | Fax 1-866-276-6167 |

Eric Green Esq.
295 Madison Ave
16th Floor
New York, NY 10017-6304

**Please provide an update on your client's medical treatment**

Dear Mr. Green,

I'm handling a Liability claim involving your client, Carole Daane, for an accident that occurred on April 28, 2017.

I called you on April 23, 2018, but was unable to reach you.

In the near future, I'd like to discuss the settlement options for this claim with you. To do so, I'll need an update on the status of your client's injury and any related treatments or expenses.

### Claim details

| | |
|---|---|
| Your client: | Carole Daane |
| Insurer: | Depositors Insurance Company |
| Policyholder: | POSTAL FLEET SERVICES INC |
| Claim number: | 103310-GF |
| Loss date: | April 28, 2017 |

### Action requested

Please send any updates on your client's medical treatment, including their medical records or reports, and all medical bills, to me by mail: P.O. Box 182068, Columbus, OH 43218-2068, email: CASSATJ@nationwide.com or fax: 1-866-276-6167, as soon as possible.

### Thank you for your cooperation

If you have any questions or concerns, please contact me at 717-526-3360 or CASSATJ@nationwide.com.

Sincerely,

Jacqueline Cassatt
Depositors Insurance Company
P.O. Box 182068
Columbus, OH 43218-2068

Any person knowingly and with intent to defraud an insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning

13991004978015



UNITED STATES POSTAGE

$ 000.89⁰

PITNEY BOWES

MAY 03 2018

02 1P
0001182078
MAILED FROM ZIP CODE 10017

FIRST-CLASS

Eric H. Green
Attorney at Law
295 Madison Avenue, 16th Floor
New York, N.Y. 10017

Nationwide Insurance Company
P.O. Box 182068
Columbus, OH 43218-2068
Attention: Jacqueline Cassatt
Attn: Claim No.: 103310