

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

December 3, 2019

**Christin Brown**
914-872-7158  (direct)
Christin.Brown@wilsonelser.com

> Defendant's Letter-Motion to adjourn the Settlement Conference (ECF No. 42) is granted.  The Settlement Conference is rescheduled to **Tuesday, January 21, 2020 at 10:00 a.m**.  The parties are directed to file updated Ex Parte Settlement Letters and Acknowledgment Forms by **Tuesday, January 14, 2020**.  The Clerk of Court is respectfully directed to close ECF No. 42.
>
> SO ORDERED  12/3/19

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SARAH L. CAVE
United States Magistrate Judge

Re:     Carole Daane v. Ryder Truck Rental, Inc., Postal Fleet Services, Inc.,
        and Melvin Allen
        Case Number : 1:18-cv-10489 - JPO

Dear Judge Cave,

The purpose of this letter is to request an extension of time for Settlement Conference, currently scheduled for December 5, 2019, as the deadline for factual discovery has been extended by Hon. Oekten to January 17, 2020. At this time, discovery is incomplete, making a meaningful conference impractical. This is the second request for an adjournment. Plaintiff's counsel consents to this request for an adjournment.

It is therefore respectfully requested that the December 5, 2019 Settlement Conference be adjourned to January 17, 2020, or a date set by the Court.

Best regards,

Wilson Elser Moskowitz Edelman & Dicker LLP

*Christin Brown*

Christin Brown
cc:     All parties via ECF

150 East 42nd Street  •  New York, NY 10017  •  p 212.490.3000  •  f 212.490.3038

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • Phoenix • San Diego
San Francisco • Sarasota • Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

**wilsonelser.com**

8040733v.1