UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLE DAANE,

                Plaintiff,

against

RYDER TRUCK RENTAL, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 10489 (JPO) (SLC)
**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court notes that the Settlement Conference scheduled for December 3, 2019 has been adjourned to **Tuesday, January 21, 2020**. (ECF No. 44). Therefore, Defendants' letter request (ECF No. 44) is terminated as moot. However, in preparation for the Settlement Conference on January 21, 2019, the Court excuses Defendant Melvin Allen from the conference and permits Defendants Ryder Truck Rental, Inc. and Postal Fleet Services, Inc. to appear via telephone.

Defendants are reminded to adhere with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah L. Cave, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-l-cave. Representatives for both entity defendants with decision-making authority who gives directions to counsel of record (not someone who has received settlement authority from someone else), **must be available for the duration of the conference**. The representatives must use a landline or phone with equivalent quality. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

Defendants' counsel is reminded that in accordance with the Court's Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave, requests must be made by Letter-Motion, not just a letter, and courtesy copies are not required and should not be submitted unless otherwise requested by the Court.

Dated:     New York, New York
              December 4, 2019

SO ORDERED

*/s/ Sarah L. Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**