UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLE DAANE,<br><br>                              Plaintiff,<br><br>against<br><br><br>RYDER TRUCK RENTAL, INC., et al.,<br><br>                              Defendants. | CIVIL ACTION NO.: 18 Civ. 10489 (JPO) (SLC)<br><br>**SCHEDULING ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

A Telephone Conference was held today, May 27, 2020 regarding Defendants' Letter-Motion for a discovery conference for an anticipated motion to compel and for an extension of the fact discovery deadline. (ECF No. 55).

Defendants' request to file a motion to compel is DENIED as moot. To the extent not already provided, Plaintiff is also directed to provide authorizations and records for current medical evaluations and treatments, and to inform Defendants whether Doctor Michael Parks performed surgery on Plaintiff's left knee, right knee, or both knees. Defendants are directed to attempt a Central Index Bureau search to locate information about Plaintiff's 1996 knee surgery in Kentucky. The parties are encouraged to discuss stipulations regarding liability.

The parties' request to extend the discovery deadlines is GRANTED. The fact discovery deadline is adjourned to **Thursday, August 6, 2020**.

A Telephone Conference is scheduled for **Tuesday, July 21, 2020** regarding the status of discovery. The parties are directed to call the Court's conference line at the scheduled time: 866-390-1828, access code 3809799. All parties who intend to speak during the call must use a landline or phone with equivalent quality.

The Settlement Conference scheduled for Thursday, June 11, 2020, is adjourned to **Tuesday September 15, 2020 at 10:00 am**, in Courtroom 18A, 500 Pearl Street, New York, New York.  Settlement submissions are due by **Wednesday, September 9, 2020**.  All persons attending the conference must arrive at least 15 minutes beforehand to allow for the time required to pass through the security process.

The Clerk of Court is respectfully directed to close ECF No. 55.

Dated:      New York, New York
            May 27, 2020

                              SO ORDERED

                              _____
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**