UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLE DAANE,

        Plaintiff,

against

RYDER TRUCK RENTAL, INC., et al.,

        Defendants.

CIVIL ACTION NO.: 18 Civ. 10489 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On May 14, 2020, the Honorable J. Paul Oetken referred this case to the undersigned for general pretrial management. (ECF No. 56). Accordingly, letter-motions regarding discovery disputes should be directed to Judge Cave. Defendants are directed to respond to Plaintiff's Letter-Motion to Compel (ECF No. 64), and Plaintiff may reply, in accordance with the undersigned's Individual Practices in Civil Cases. The parties must be prepared to discuss their arguments during the Status Conference scheduled for Tuesday, July 21, 2020.

Dated:     New York, New York
          July 13, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**