UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLE DAANE,

                Plaintiff,

against

RYDER TRUCK RENTAL, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 10489 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

A Telephone Conference was held today, July 21, 2020, regarding Plaintiff's Letter-Motion Compel and extend the discovery deadlines. (ECF No. 64). The Court DENIES the parties' requests to extend the fact discovery and dispositive motion deadlines, without prejudice. The fact discovery deadline remains **Thursday, August 6, 2020**.

As to remaining fact discovery items discussed during the conference, the Court rules as follows:

(1) Plaintiff is directed to continue ongoing production of her medical records as they are received and update Defendants' counsel as to her disability status.

(2) Defendants are directed to perform a follow-up search for and produce any accident or incident reports.

(3) Plaintiff may serve on Defendants a notice of deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) concerning the excess insurance disclosure ("30(b)(6) Deponent") and Defendants must produce an individual with such knowledge for a deposition to take place before August 6, 2020.

(4) Defendants are directed to produce an individual with knowledge of the condition and repair of the truck ("Truck Deponent") for a deposition to take place before August 6, 2020.

(5) Defendants are directed to provide to Plaintiff dates on which the driver of the truck, the 30(b)(6) Deponent, and the Truck Deponent are available for a deposition to take place before August 6, 2020.

(6) If possible, the parties should complete Plaintiff's renewed deposition before August 6, 2020.

(7) The parties are encouraged to conduct the remaining depositions remotely and consider the Court's Stipulation and [Proposed] Order Concerning the Protocol for Conducting Remote Depositions, available on the Court's website at: https://www.nysd.uscourts.gov/sites/default/files/practice_documents/SLC%20Cave%20Proposed%20Remote%20Deposition%20Stipulation.pdf.

(8) The parties are directed to file a Joint Status Report by August 7, 2020.

The Clerk of Court is respectfully directed to close ECF No. 64.

Dated: New York, New York
July 21, 2020

SO ORDERED

*Sarah Cave*
SARAH L. CAVE
**United States Magistrate Judge**