UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLE DAANE,

                Plaintiff,

against

RYDER TRUCK RENTAL, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 10489 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The parties' request to the Court, via email, to adjourn the Telephone Conference is GRANTED.  The Telephone Conference will be held on **Thursday, August 13, 2020, at 1:00 pm**.

The parties are reminded that requests to the Court must be filed on the docket and in accordance with the Court's Individual Practices in Civil Cases.

Dated:      New York, New York
              August 11, 2020

                                          SO ORDERED

                                          _____
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**