UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLE DAANE,<br><br>　　　　　　　　　Plaintiff,<br><br>against<br><br><br>RYDER TRUCK RENTAL, INC., et al.,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO.: 18 Civ. 10489 (JPO) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

The Court held a Telephone Conference today, August 13, 2020, regarding the parties' request to extend the discovery deadline and Plaintiff's anticipated motion to strike. (ECF No. 70). Attorney Zach Green is directed to file a notice of appearance on the docket.

Plaintiff is ORDERED to respond to Defendants' July 25, 2020 demand by **Monday, August 17, 2020**. The parties are ORDERED to complete the depositions of Melvin Allen and Curtis Haskins by **Monday, August 31, 2020**. Defendants are reminded of the Court's prior order at ECF 68 of their obligation to produce a witness knowledgeable about the applicable insurance policy(ies). The parties are directed to complete Plaintiff Carole Daane's deposition by **Tuesday, September 29, 2020**. The fact discovery deadline is adjourned to **Tuesday, September 29, 2020**. **The parties should not expect to be afforded any additional extensions**.

The parties' Settlement Conference is adjourned to **Tuesday, October 6, 2020 at 10:00 am**, with settlement submissions due by **Wednesday, September 30, 2020**.

Dated:　　　New York, New York
　　　　　　August 13, 2020

　　　　　　　　　　　　　　　　　　　　　　SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2