UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLE DAANE,

                Plaintiff,

-v-                                                CIVIL ACTION NO.: 18 Civ. 10489 (JPO) (SLC)

**ORDER**

RYDER TRUCK RENTAL, INC., et al.,

                Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

On February 2, 2021, the Court granted Defendants' letter-motions requesting an extension of the expert discovery deadline (ECF Nos. 91–92) and ordered the parties to file a letter certifying the completion of expert discovery (the "Letter") by Tuesday, February 16, 2021. (ECF No. 93). The parties have not complied. Accordingly, by the end of the day tomorrow, February 18, 2021, the parties shall file the Letter.

Dated:        New York, New York
               February 17, 2021

                                                             SO ORDERED

                                                             /s/ Sarah L. Cave
                                                           **SARAH L. CAVE**
                                                           **United States Magistrate Judge**