UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROLE DAANE,

                              Plaintiff,

   -v-                                         CIVIL ACTION NO.: 18 Civ. 10489 (JPO) (SLC)

**ORDER**

RYDER TRUCK RENTAL, INC., et al.,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, March 30, 2023, the Court orders as follows:

1. By **tomorrow, Friday, March 31, 2023**, Plaintiff shall serve on Defendants a revised settlement offer.

2. By **12:00 p.m. on Tuesday, April 4, 2023**, Defendants shall file a letter advising the Court whether they remain interested in scheduling a settlement conference with the Court (the "Letter").

3. The Court holds in ABEYANCE the scheduling of a settlement conference until it receives the Letter.

Dated:     New York, New York          SO ORDERED.
             March 30, 2023

                                                                       SARAH L. CAVE
                                                                       United States Magistrate Judge